Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

TERRY LYNN WEAVER & CATHY LAVONNA WEAVER

CASE NO. 09-70435-HDH-13

AKA1:                                          AKA2:
DBA1: T & C BACKHOE SERVICE                    DBA2:
SS#1: xxx-xx- 4613                             SS#2:  xxx-xx- 2215

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date: <u>9/24/2009</u>  Orig. Time:   <u>3:00 PM</u>         Reset Date:              Reset Time:

  B. Meeting Results:        <u>Adjourned</u>

  C. Debtor(s):   <u>Debtor 1 Appeared</u>          <u>Debtor 2 Appeared</u>

  D. Attorney for Debtor(s):   <u>Appeared</u>

  E. Creditor Appearance:    None

  F. Amount Paid to the Trustee as of        9/25/2009   <u>$240.00</u>      First Payment Due Date:        <u>9/26/2009</u>

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:      B22C Form is:      <u>Incomplete</u>

    Budgeted Income:    <u>$1,917.50</u>   Expense:       <u>$1,677.50</u>   Surplus:      <u>$240.00</u>

    Plan Payment:   <u>$240.00</u> <u>Monthly</u>                          Plan Term(Months):    <u>36</u>

  I. Value of Non-Exempt Property:        <u>$0.00</u>  Proposed Amount to Unsecured Creditors:        <u>$0.00</u>

    <u>   </u> Objection to Exemption of:

    <u>   </u> Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

    <u>   </u> Object to Invoke Stay Pleading

    <u>   </u> Case Converted from Chapter 7, Bar Date Set:    <u>12/23/2009</u>  Date Converted from Chapter 7:

  J. Required Information:   <u>Complete income records/affidavit, Tax Returns, WW Directive, Bank Statements</u>

  K. Business Information:

  L. Object to Confirmation:     <u>Yes</u>

    22c can't be verified until stubs/affidavit and bank statements are received
    Failure to include all disposable income

  M. Financial Management Class:    <u>Debtor 1 Appeared</u>        <u>Debtor 2 Appeared</u>

  N. Eligibility:

    Certificate of Credit Counseling Filed:   <u>Both Debtor 1 and Debtor 2</u>

    Credit Counseling Provider Approved:                          <u>Yes</u>

    Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):        <u>No</u>

  O. Domestic Support Obligation:        <u>$0.00</u>   Current:             Arrears:        <u>$0.00</u>

    Affidavit and Disclosure of Domestic Support Obligations Received:  <u>Yes</u>

  P. Remarks:   MTD
        -Need complete income records or affidavit.
        -No tax returns received
        -Mr. was employed so a WW may be required.
        -Need bank statements for:
          -2495 Herring Bank
          -1557 Union Square FCU
        Questions
        -Were all of the creditors were noticed?
       Yes
          -There are very few unsecured creditors listed; especially for a small business.
        -Was the business closed or sold?
       Closed

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone   (806) 748-1956 Fax

           -No equipment or inventory remaining?
     Yes, but they were surrendered,
           -All businesses are closed permanently?
No intent.
           -22c can't be verified until stubs/affidavit and bank statements are received.
           -Mr. & Mrs. Employed or looking?
              -When, Where, Hourly, Need Stubs & WW
Not employed at this time.
           -
Objections
           -22c can't be verified until stubs/affidavit and bank statements are received
           -Requested pay stubs & WW for Mr. & Mrs. New jobs
Will not requesting these.
           -Failure to include all disposable income

Dated:   9/24/2009

/s/ Walter O'Cheskey

Standing Bankruptcy Trustee
By:     Brent Hagan

| Case Number: | 09-70435 | | | | |
|---|---|---|---|---|---|
| Debtor: | Weaver | | | | |
| Attorney: | MJW | | | | |
| Presiding Officer: | Brent Hagan | | | | |
| Calculation Date: | | | | | 9/23/2009 13:15 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $2,719.00 | | | | $2,719.00 |
|---|---|---|---|---|---|
| Noticing Fees | $37.60 | | | | $37.60 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | | |
| Less Trustee Fees | $0.00 | | | | |
| Less Attorney Fees | $2,719.00 | | | | |
| Less Noticing Fees | $37.60 | Greater Of --------> | | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $0.00 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | | | $25,971.00 |
|---|---|---|---|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $3,058.71 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $8,640.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $5,581.29 |

**Comments:**

Case 09-70435-hdh13   Doc 11   Filed 09/25/09   Entered 09/25/09 08:49:10   Desc
Page 4 of 4

| Case Number: | 0 |
|---|---|
| Debtor: | 0 |
| Attorney: | 0 |
| Presiding Officer: | 0 |
| Calculation Date: | 9/23/2009 13:15 |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | $0.00 |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | $0.00 |

**Comments:**